**ORDER**
The Motion (DE 95) is GRANTED. From the face of the sealed document, it is clear that the interests in favor of sealing outweigh the legitimate interests of the public in accessing the sealed document. *Eli Richardson*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:23-00002** |
| | ) | **JUDGE RICHARDSON** |
| | ) | |
| **ALISHA SCUDDER** | ) | |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM UNDER SEAL

Alisha Scudder, through counsel, hereby requests that her sentencing memorandum and exhibits be filed under seal. The Court's Administrative Practices and Procedures for Electronic Case Filing requires parties to file a motion seeking leave of court prior to filing any documents electronically under seal. In this case, the documents to be filed under seal contain protected, confidential information and counsel therefore requests to file them under seal.

Respectfully submitted,

/s/ *Jessica M. Dragonetti*
JESSICA M. DRAGONETTI
Assistant Federal Public Defender
164 Rosa L. Parks Blvd.
Nashville, TN 37203
615-736-5047
E-mail: Jessica_dragonetti@fd.org

Counsel for Alisha Scudder